**Frank T. BOLLINGER, Appellant,**

v.

**John W. HOYLE, Respondent.**

No. WD 53906.

Missouri Court of Appeals,
Western District.

Jan. 27, 1998.

Mark E. Kelly, Andrew D. Ryan, Withers, Brant, Igoe & Mullennix, Liberty, for appellant.

James Carey Thompson, Richmond, for respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

*ORDER*

PER CURIAM.

Frank T. Bollinger appeals from a judgment in the Circuit Court of Ray County which, in pertinent part, found him liable to John W. Hoyle for the value of thirteen calves which Bollinger owed to Hoyle under the terms of a sharecropping agreement. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

The judgment is affirmed. Rule 84.16(b).